## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| **NBL FLOORING, INC.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **NO. 10-4398** |
| | : | |
| **TRUMBALL INSURANCE CO.,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |

_____

### ORDER

**AND NOW**, this 26th day of September 2011, upon consideration of Defendants' Motion to Strike Plaintiff's Class Action Allegations and the responses and replies thereto, it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.  It is further **ORDERED** that Plaintiff shall file any motion for class certification within 90 days.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____
**CYNTHIA M. RUFE, J.**