IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NBL FLOORING, INC.,** on behalf of itself and others similarly situated,<br>  Plaintiff,<br><br>v.<br><br>**TRUMBALL INSURANCE CO., et al.,**<br>  Defendants. | :<br>:<br>:  **CIVIL ACTION NO. 10-4398**<br>:<br>:<br>:<br>:<br>:<br>: |

### ORDER

**AND NOW,** this 28th day of January 2014, upon consideration of Defendant Hartford Financial Services Group's Motion for Summary Judgment [Doc. No. 89], Plaintiff's response [Doc. No. 99], Defendant's Reply [Doc. No. 101], and Plaintiff's Sur-reply [Doc. No. 102], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED** and the claims asserted against Hartford Financial Services Group are **DISMISSED**.[1]

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**

---

[1] Defendant Trumbull Insurance Company did not file a Motion for Summary Judgment, and the Court does not, by this Order, dismiss any claims against it.