# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

**NBL FLOORING, INC., on behalf of**
**itself and all others similarly situated,**

        **Plaintiff,**

        **v.**

**TRUMBULL INSURANCE CO.,** *et al.,*

        **Defendants.**
_____

:
:
:
:
:
:
:
:
:
:
:

**CIVIL ACTION**
**NO. 10-4398**

## ORDER

    **AND NOW,** this 12ᵗʰ day of February 2014, upon consideration of Plaintiff's Motion for

Class Certification [Doc. No. 72], the response in opposition, the reply, and the supplemental

authority provided, and for the reasons set forth in the accompanying memorandum opinion, it is

hereby **ORDERED** that the Motion is **DENIED.**

    It is so **ORDERED.**

                    **BY THE COURT:**


                    **/s/ Cynthia M. Rufe**

                    _____
                    **CYNTHIA M. RUFE, J.**